In re:  Case No. 23-08640-PS
ARCITERRA GROUP, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 2
Date Rcvd: Dec 08, 2023      Form ID: pdf002      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ARCITERRA GROUP, LLC, c/o Fennemore Craig, P.C., Attn: Gerald Shelley, 2394 E. Camelback Rd., Ste. 600, Phoenix, AZ 85016-9077 |
| 17136017 | + | Argent Institutional Trust Company, c/o Benjamin W. Reeves, Snell & Wilmer L.L.P., One East Washington Street, Suite 2700, Phoenix, Arizona 85004-0908 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: bankruptcynotices@azdor.gov | Dec 08 2023 22:47:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Argent Institutional Trust Company |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:

**Name**      **Email Address**
BENJAMIN WILLIAM REEVES
     on behalf of Creditor Argent Institutional Trust Company breeves@swlaw.com  jthomes@swlaw.com,docket@swlaw.com

EDWARD K. BERNATAVICIUS
    on behalf of U.S. Trustee U.S. TRUSTEE edward.k.bernatavicius@usdoj.gov

GERALD L. SHELLEY
    on behalf of Debtor ARCITERRA GROUP LLC gshelley@fclaw.com, gkbacon@fclaw.com

Stacy Porche
    on behalf of Debtor ARCITERRA GROUP LLC sporche@fennemorelaw.com

TOTAL: 4

SIGNED.

Dated: December 8, 2023

*[signature]*
**Paul Sala, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ARCITERRA COMPANIES, LLC,<br><br>Debtor.<br><br>In re<br><br>ARCITERRA GROUP, LLC,<br><br>Debtor. | Chapter: 11<br><br>**No. 2:23-bk-08639-PS**<br>No. 2:23-bk-08640-PS<br><br>(Jointly Administered) |
| This Filing Applies to:<br><br>☒ BOTH DEBTORS<br>☐ ARCITERRA COMPANIES, LLC<br>☐ ARCITERRA GROUP, LLC | **ORDER GRANTING DEBTORS' MOTION FOR ORDER EXTENDING TIME TO FILE, CREDITOR MASTER MAILING LIST, SCHEDULE OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND OTHER REQUIRED DOCUMENTS** |

Pursuant to the Debtors' Motion For Order Extending Time to File, Creditor Master Mailing List, Schedule of Assets and Liabilities, Statement of Financial Affairs, and other required documents (the "Motion"), requesting the entry of an order granting additional time to file the Creditor Master Mailing List ("Creditor List"), Schedule of Assets and Liabilities ("Schedules") and Statement of Financial Affairs ("Statements") and any other documents required to be filed pursuant to the Deficiency Notice to Debtor and Attorney for Debtor That All Required Documents Were Not Filed (Dkt. No 3), upon review of the motion and good cause appearing,

30576591

IT IS HEREBY ORDERED:

    a. The Master Creditor List is now due on or before December 14, 2023; and

    b. The Statements, Schedules and all other required documents are now due December 28, 2023

**DATED AND SIGNED ABOVE.**